UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-24765-UU

SAMMY LEE, derivatively on behalf of OPKO HEALTH, INC.,

    Plaintiff,

v.

PHILLIP FROST, ADAM LOGAL, JUAN F. RODRIGUEZ, JANE H. HSIAO, STEVEN RUBIN, ROBERT A. BARON, THOMAS E. BEIER, DMITRY KOLOSOV, RICHARD M. KRASNO, JOHN A. PAGANELLI, RICHARD C. PFENNIGER, ALICE LIN-TSING YU, and FROST GAMMA INVESTMENTS TRUST,

    Defendants,

and

OPKO HEALTH, INC.,

    Nominal Defendant.

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

The parties to this lawsuit, Plaintiff Sammy Lee, Defendants Dr. Phillip Frost, Adam Logal, Juan F. Rodriguez, Jane H. Hsiao, Steven Rubin, Robert A. Baron, Thomas E. Beier, Dmitry Kolosov, Richard M. Krasno, John A. Paganelli, Richard C. Pfenniger, Alice Lin-Tsing Yu, and Frost Gamma Investments Trust, and Nominal Defendant OPKO Health, Inc., hereby file this Stipulation to Dismiss Case With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stating as follows:

55731111;3

1. Plaintiff initiated the above-captioned shareholder derivative case on November 14, 2018 (the "Action").

2. On November 2, 2020, Delaware Court of Chancery granted final approval to a settlement and entered an Order and Final Judgment in *In re OPKO Health Inc. Derivative Action*, Consolidated C.A. No.: 2018-0740-SF (Del. Ch.) (the "Delaware Action"). Among other things, the Order and Final Judgment in the Delaware Action releases and bars Plaintiff's claims asserted in the Action.

3. Based on the foregoing, Plaintiff and Defendants hereby stipulate that this action shall be dismissed with prejudice, with each side bearing their own attorneys' fees and costs.

DATED: January 8, 2021

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

By: /s/ Laurence M. Rosen
    Laurence M. Rosen, Esq.
    Florida Bar No.: 0182877
    Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Sammy Lee*

| | |
|---|---|
| DATED:  January 8, 2021 | AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida  33131<br>Tel.: (305) 374-5600<br>Fax: (305) 374-5095<br><br>By: /s/ Brian P. Miller<br>　　　Brian P. Miller, Esq.<br>　　　Florida Bar No. 0980633<br>　　　E-mail: brian.miller@akerman.com<br>　　　Samantha J. Kavanaugh, Esq.<br>　　　Florida Bar No. 0194662<br>　　　E-mail: samantha.kavanaugh@akerman.com<br><br>*Attorneys for Nominal Defendant OPKO Health, Inc. and Defendants Adam Logal, Juan F. Rodriguez, Jane H. Hsiao, Steven Rubin, Robert A. Baron, Thomas E. Beier, Dmitry Kolosov, Richard M. Krasno, John A. Paganelli, Richard C. Pfenniger, and Alice Lin-Tsing Yu* |
| DATED:  January 8, 2021 | KING & SPALDING LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, Georgia 30309<br>Tel.: (404) 572-4600<br>Fax: (404) 572-5100<br><br>By: /s/ Lisa Bugni<br>　　　Lisa Bugni, Esq.<br>　　　Florida Bar No. 648191<br>　　　E-mail: lbugni@kslaw.com<br><br>*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |