## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-24765-UU

SAMMY LEE, derivatively on behalf of
OPKO HEALTH, INC.

      Plaintiff,

v.

PHILLIP FROST, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulation to Dismiss Case with Prejudice. D.E. 43 (the "Stipulation"). The Court has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. This case has been stayed and administratively closed since December 17, 2018 pending the resolution of related cases. D.E. 14. On January 8, 2021, the parties filed the Stipulation, informing the Court that they stipulated to the dismissal of this action with prejudice because: "On November 2, 2020, Delaware Court of Chancery granted final approval to a settlement and entered an Order and Final Judgment in *In re OPKO Health Inc. Derivative Action*, Consolidated C.A. No.: 2018-0740-SF (Del. Ch.) (the 'Delaware Action'). Among other things, the Order and Final Judgment in the Delaware Action releases and bars Plaintiff's claims asserted in the Action." D.E. 43 ¶ 2. Accordingly, it is hereby

ORDERED AND ADJUDGED that all claims in this action are DISMISSED WITH PREJUDICE. This case remains CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2021.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record via CM/ECF